UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BP P.L.C., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION <br><br> NUMBER: 2:12-cv-2774 <br><br> SECTION: J(1) <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION
FOR AN ORDER APPROVING A DISTRIBUTION PLAN FOR THE FAIR FUND**

Plaintiff, United States Securities and Exchange Commission (the "Commission"), moves the Court for an order approving a plan to distribute more than $525 million to compensate injured BP p.l.c. ("BP") investors for their losses ("Distribution Plan"). A proposed order granting this Motion, and appending the Distribution Plan, is included as Exhibit 1. A Memorandum of Law in support of this Motion is contemporaneously filed herewith.

1

**WHEREFORE,** the Commission respectfully requests that this Court enter an order approving a Distribution Plan for the Fair Fund, and such other relief that the court deems just and proper.

Dated: December 17, 2015                         Respectfully submitted,

                                                 /s/ Susan S. Pecaro
                                                 Susan S. Pecaro
                                                 Nichola L. Timmons
                                                 Attorneys for Plaintiff
                                                 U.S. Securities and Exchange Commission
                                                 100 F Street, N.E.
                                                 Washington, DC 20549-5631
                                                 Telephone: (202) 551-4489 (Pecaro)
                                                 (202) 551-4456 (Timmons)
                                                 Emails: pecaros@sec.gov;
                                                 timmonsn@sec.gov
                                                 Fax: (202) 572-1372